**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1784**

---

ROBERT HAYES,

Plaintiff - Appellant,

versus

SECURITIES & EXCHANGE COMMISSION; FEDERAL
TRADE COMMISSION; UNITED STATES DEPARTMENT OF
COMMERCE,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:07-cv-
01786-AMD)

---

Submitted: December 13, 2007      Decided: December 17, 2007

---

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Hayes, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Hayes appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hayes v. Security & Exchange Comm'n</u>, No. 1:07-cv-01786-AMD (D. Md. July 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>